## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| ANTHONY C. MCGEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CV-2442 RLW |
| | ) |
| ERIC R. GREITENS, et al., | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER OF TRANSFER

This matter is before the Court on review of plaintiff's complaint pursuant to 28 U.S.C. §
1915A. The Court will transfer this case to the United States District Court for the Western
District of Missouri.

Plaintiff, who is incarcerated at Crossroads Correctional Center in Cameron, Missouri,
brings this action under 42 U.S.C. § 1983 alleging violations of his civil rights. Plaintiff claims
that the members of the Missouri Board of Probation and Parole are discriminating against him
on the basis of his race. All of the named defendants are located in the Western District of
Missouri, and all of the events described in the complaint occurred in the Western District of
Missouri.

Under 28 U.S.C. § 1391(b), a civil action may only be brought in: "(1) a judicial district
in which any defendant resides, if all defendants are residents of the State in which the district is
located; (2) a judicial district in which a substantial part of the events or omissions giving rise to
the claim occurred, or a substantial part of property that is the subject of the action is situated, or
(3) if there is no district in which an action may otherwise be brought as provided in this section,

any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

Because the defendants are located in the Western District, and because the events that gave rise to this case occurred in the Western District, venue is proper there.

Under 28 U.S.C. § 1406(a), "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Because plaintiff is proceeding pro se, the Court finds that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall transfer this case to the United States District Court for the Western District of Missouri. *See* 28 U.S.C. § 1406(a).

Dated this 25th day of September, 2017.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

2